# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Hon. Douglas E. Arpert |
| | : | |
| | : | Mag. No. 12-2591 |
| v. | : | |
| | : | |
| **JOSEPH ROMANO** | : | <u>ORDER FOR CONTINUANCE</u> |
| | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Nicholas P. Grippo, Assistant U.S. Attorney), and defendant Joseph Romano (by Brian Reilly, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this order through August 28, 2013, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant having consented to the continuance on the record at his initial appearance on August 16, 2013, and no prior continuances having been granted by the Court; for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendant indicated on the record on August 16, 2013 that he may retain private counsel to represent him in this matter and the Court has scheduled a status conference for August 28, 2013 to address, among other things, the issue of defendant's counsel;

2. Defendant consented to the aforementioned continuance on the record on August 16, 2013;

3. The grant of a continuance will likely conserve judicial resources and facilitate the continuity of counsel; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this 16th day of August, 2013,

**ORDERED** that the proceedings scheduled in the above-captioned matter are continued from the date of this Order through and including August 28, 2013;

**IT IS FURTHER ORDERED** that the period from the date of this Order through and including August 28, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE